# United States Bankruptcy Court

Eastern District Of New York
290 Federal Plaza, P.O. Box #9013
Central Islip, NY 11722−9013

---

| | |
|---|---|
| IN RE: | CASE NO: 8−10−75606−ast |
| Aida Cabrera−Moro | |
| Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.: | CHAPTER: 13 |
| xxx−xx−3938 | |
| DEBTOR(s) | |

---

## ORDER TO CLOSE DISMISSED CASE

The above−captioned case was dismissed by order dated February 28, 2011

**IT IS ORDERED THAT:**

  Marianne DeRosa (Trustee) is discharged as trustee of the estate of the above−named debtor(s) and the bond is cancelled.

The Chapter 13 case of the above−named debtor(s) is closed.


                     s/ Alan S. Trust
                     United States Bankruptcy Judge

Dated: June 14, 2011

**Goclosdsmcs** [Order to Close Dismissed Case rev. 07/21/03]

```
                           United States Bankruptcy Court
                            Eastern District of New York
In re:                                                      Case No. 10-75606-ast
Aida Cabrera-Moro                                           Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0207-8          User: efilloram            Page 1 of 1             Date Rcvd: Jun 14, 2011
                              Form ID: 200               Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 16, 2011.
db           +Aida Cabrera-Moro,   29 Archer Street,   Freeport, NY 11520-5101

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          +E-mail/Text: ustpregion02.li.ecf@usdoj.gov Jun 14 2011 18:18:51      United States Trustee,
               Office of the United States Trustee,   Long Island Federal Courthouse,
               560 Federal Plaza - Room 560,   Central Islip, NY 11722-4456
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 16, 2011**                    **Signature:**   *Joseph Speetjens*